# ATTACHMENT 1

# Applications & Requests

## Admission Status

Following are the requirements for admission to practice law in California and your status toward fulfilling those requirements.

**Please note: The information below is current as of today. Any recent changes in your status will be reflected when the next update is received.**

File Number: 748156
Name: Ryan Dondzik
Address: [redacted]

**REGISTRATION**

Admission Requirement: Register with the Office of Admissions
Applicant Status: Approved
NCBE#: N10675297

**FIRST-YEAR LAW STUDENTS' EXAMINATION**

Admission Requirement: Pass the First-Year Law Students' Examination or establish exemption
Applicant Status: Requirement Satisfied

**CALIFORNIA BAR EXAMINATION**

Admission Requirement: Pass the California Bar Examination
Applicant Status: Requirement not satisfied

Last Exam Applied for: July 2026
Eligibility Status: Eligible
Assigned Test Center: Ontario Convention Center

**PROVISIONAL LICENSURE EXPANSION PROGRAM ELIGIBILITY**

Admission Requirement: Have 1390 score in past Examination from July 2015 to February 2020 on file.
Applicant Status: Not Eligible

**MORAL CHARACTER**

Admission Requirement: Have an active positive moral character determination on file
Applicant Status: Requirement not satisfied

**MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION**

Admission Requirement: Have a passing MPRE score on file
Applicant Status: Requirement satisfied

**COMPLIANCE WITH COURT OBLIGATIONS**

Admission Requirement: Be in compliance with all court ordered child/family support obligations
Applicant Status: Requirement satisfied

**ADMINISTRATIVE ISSUES**

Admission Requirement: All administrative issues must be cleared
Applicant Status: No administrative issues at this time

**QUALIFIED TO BE ADMITTED TO PRACTICE LAW**

Admission Requirement: Name must be on motion to the Supreme Court of California and applicant must be sworn in as an attorney within five years of the last day of the California Bar Examination passed

| | |
|---|---|
| Applicant Status: | Not on motion<br>See above for requirement(s) |

Protecting the public & enhancing the administration of justice.

SAN FRANCISCO
(Main Office)
180 Howard St.
San Francisco, CA 94105
415-538-2000

LOS ANGELES
845 S Figueroa St
Los Angeles, CA 90017
213 765 1000